DR. A. E. DAVENPORT v. OLDFIELD, Judge, et al.
No. A-1417.   Opinion Filed December 14, 1912.

C. W. Stringer, for plaintiff in error.

A. T. Boys in Pro Per, and J. S. Estes, for defendants in error.

PER CURIAM.  This proceeding was instituted to obtain a writ of prohibition against the defendant, the superior court of Oklahoma county, and Edward D. Oldfield, judge of said court, and A. T. Boys, as receiver in cause No. 1395 in said court.  When the application was

presented the writ was denied. Time given the counsel to file brief. For a failure to prosecute, the cause is hereby dismissed.